## WITT v. STATE.
### No. 15114.

Court of Criminal Appeals of Texas.
Feb. 24, 1932.

Spence Sellers, of Sulphur Springs, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.,

The offense is the unlawful sale of intoxicating liquor; penalty assessed at confinement in the penitentiary for one year.

The indictment is regular and regularly presented. No departure from the proper procedure is disclosed by the record. In the absence of the evidence which was before the trial court, the complaints of the charge and the insufficiency of the evidence to sustain the conviction cannot be appraised by this court. Without a showing in the record to the contrary, this court is bound to presume that in entering the judgment the trial court acted within the law.

The judgment is affirmed.

## TYLER v. STATE.
### No. 15153.

Court of Criminal Appeals of Texas.
Feb. 24, 1932.

Reasonover & Reasonover, of Denison, and J. M. Elliott, of Memphis, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for murder; punishment being assessed at imprisonment in the penitentiary for life.

This is the second appeal. The opinion in the former appeal will be found reported in 39 S.W.(2d) 897.

The venue was changed from Hall county to Donley county, where the last trial was had. The record in this appeal is before us without statement of facts or bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.